**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SCOTT MEADOWS, *an individual*; and JAMIE MEADOWS, *an individual*,

Plaintiffs,

v.

FORD MOTOR COMPANY, *a Delaware corporation*; DOES, *1 through 10, inclusive*,

Defendants.

Case No. 2:26-cv-06421-MWC-RAO

**ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT (DKT. [16]); DENYING AS MOOT MOTION TO REMAND (DKT. [15]); AND REMANDING THIS CASE TO LOS ANGELES SUPERIOR COURT**

**[JS-6]**

Upon review of the parties' Joint Stipulation to Remand (Dkt. # 16), the Stipulation is **GRANTED**. The Stipulation is signed by counsel for each party who has appeared in the action and is affected by the stipulation. *See* C.D. Cal. L.R. 7-1. Accordingly, this action is **REMANDED** to the Superior Court of the State of California for the County of Los Angeles (Case No. 26STCV27071). Plaintiff's Motion to Remand (Dkt. # 15) is **DENIED AS MOOT**. The August 14, 2026 hearing and August 28, 2026 Scheduling Conference are **VACATED**. All deadlines are **TERMINATED AS MOOT**. The Clerk of Court is directed to **CLOSE** this case **(JS-6)**.

**IT IS SO ORDERED.**

DATED: July 17, 2026

Hon. Michelle Williams Court
United States District Judge